

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00278-CV

| | | |
|---|---|---|
| TEXAS WOMAN'S UNIVERSITY, Appellant | § | On Appeal from the 431st District Court |
| | § | of Denton County (21-9471-431) |
| V. | § | December 15, 2022 |
| JODY T. RODRIGUEZ, Appellee | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in a portion of the trial court's order. It is ordered that the portion of the trial court's order that denies Texas Woman's University's partial plea to the jurisdiction is reversed, and the case is remanded to the trial court for further proceedings consistent with this opinion. It is ordered that the portion of the partial plea order setting forth the discovery orders, which are unchallenged, is affirmed.

It is further ordered that costs are taxed against the party incurring same, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
Justice Dabney Bassel